IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY LEE STYLES | * |
| v. | *    Civil No. CCB-18-125 |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES | * |

## MEMORANDUM AND ORDER

Maryland prison inmate Timothy Lee Styles filed a complaint against the Maryland Department of Public Safety and Correctional Services and several agents of the Department's Division of Parole and Probation alleging various violations under 42 USC § 1983 in connection with the agents' charges of parole violation against Mr. Styles. On April 13, 2018, the defendants filed a comprehensive memorandum with exhibits in support of their motion to dismiss or for summary judgment (ECF No. 7). Mr. Styles, who is represented by counsel, has not filed any response.

Having reviewed the defendants' memorandum, and agreeing with the reasons stated therein, the court determines that:

1. the Department and the individual defendants in their official capacity are not subject to suit under § 1983;
2. as to the defendants in their individual capacity, the complaint fails to state a claim; and
3. in the alternative, construing the motion as one for summary judgment, the individual defendants would be entitled to qualified immunity.

Accordingly, it is hereby Ordered that:

1. the motion to dismiss (ECF No. 7) is **Granted**;
2. this case is **Dismissed**; and
3. the Clerk shall CLOSE this case.

_7/18/18_  
Date

_/s/ CCB_  
Catherine C. Blake  
United States District Judge